

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00646-CR

**EX PARTE** Jorge Luis **BARRON SANDOVAL**

From the County Court, Kinney County, Texas
Trial Court No. 13439CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: December 18, 2024

DISMISSED

Appellant, Jorge Luis Barron Sandoval, has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). The motion, which is signed by Barron Sandoval and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH